IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


ALAN G. ROBINSON,

        Petitioner,

v.                            3:09cv233-WS/CJK

KENNETH S. TUCKER,

        Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed February 14, 2012.  See Doc. 29.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed.  The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 29) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition for writ of habeas corpus is DENIED.

3.  The clerk shall enter judgment stating: "All claims are DENIED."

4.  A certificate of appealability is DENIED.

DONE AND ORDERED this ___19th___ day of ___March___, 2012.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE